# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| JOHN LEE FORD, | |
|     Petitioner, | No. C05-0160-LRR |
| vs. | |
| JERRY BURT, | ORDER |
|     Respondent. | |

This matter is before the court on the petitioner's petition for an appeal bond (Docket No. 15), supplement to his petition for an appeal bond (Docket No. 16) and second supplement to his petition for an appeal bond (Docket No. 17). The petitioner filed those pleadings on August 24, 2006, August 31, 2006 and September 15, 2006. The petitioner cites no authority. Further, the court has not addressed the merits of the petitioner's application for a writ of habeas corpus. Moreover, the petitioner is currently represented by counsel. *See United States v. Blum*, 65 F.3d 1436, 1443 n.2 (8th Cir. 1995) (noting that it is Eighth Circuit policy to refuse to consider pro se filings when a party is represented by counsel (citing *Hoggard v. Purkett*, 29 F.3d 469, 472 (8th Cir. 1994)). Accordingly, the petitioner's petition for an appeal bond (Docket No. 15) is denied without prejudice. If counsel deems it appropriate to have the court address the issue raised in the instant petition, counsel is directed to resubmit it.

**IT IS SO ORDERED.**

**DATED** this 2nd day of November, 2006.

_____
LINDA R. READE
JUDGE, U. S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA